UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robby Sean Harris,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:24-cv-573-JLT-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

    As stipulated, Defendant's deadline to file a responsive brief is **extended** to and including October 11, 2024.

IT IS SO ORDERED.

    Dated:  **September 6, 2024**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE