**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBBY SEAN HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:24-cv-573-JLT-GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANT'S REQUEST TO AFFIRM; AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF<br><br>(Docs. 12, 15, 16) |

Robby Sean Haris initiated this action seeking judicial review of a final decision denying his applications for benefits under the Social Security Act. (*See* Docs. 1, 12.) Plaintiff contends the ALJ failed to properly evaluate the medical opinions and Plaintiff's subjective complaints. (Doc. 12 at 3) Plaintiff requests the Court remand the matter for further proceedings. (*Id*. at 10.)

The assigned magistrate judge determined the administrative law judge did not err in the evaluation of the medical opinions or Plaintiff's subjective complaints and found that substantial evidence and applicable law supported the ALJ's decision. (Doc. 16 at 11.) Therefore, the magistrate judge recommended Plaintiff's motion for summary judgment be denied and Defendant's request to affirm the agency's determination be granted. (*Id.*)

The Court served the Findings and Recommendations and notified the parties that any objections were due within 14 days. (Doc. 16 at 11.) The Court advised the parties that the

1

failure to file objections within the specified time may result in the waiver of rights on appeal (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014))

Plaintiff filed objections on May 30, 2025, arguing the Findings and Recommendations should be rejected, and this case should be remanded for further proceedings.  (Doc. 17.) Defendant filed a response to Plaintiff's objections on June 11, 2025, asserting that the Court should adopt the Findings and Recommendations.  (Doc. 18.)

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire matter—including Plaintiff's objections and Defendant's response—the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  The ALJ applied the proper legal standards, and substantial evidence in the record supports the administrative decision.  Thus, the Court **ORDERS**:

1.     The Findings and Recommendations (Doc. 16) are **ADOPTED**.

2.     Plaintiff's motion for summary judgment (Doc. 12) is **DENIED**.

3.     Defendant's request to affirm the administrative decision (Doc. 15) is **GRANTED**.

4.     The Clerk of Court is directed to enter judgment in favor the Commissioner of Social Security, against Plaintiff, and to close this case.

IT IS SO ORDERED.

Dated:    **January 29, 2026**

UNITED STATES DISTRICT JUDGE

2